## Exhibit A to the Complaint

**Location:** Pasadena, CA  
**Total Works Infringed:** 48

**IP Address:** 137.25.36.70  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 7054652C3A1756B1D4B48572E12896AEA1D14296<br>File Hash: A4C245DA7141B84750664EA8097CD2E42D79470052B632D1907A68EA4251B0DE | 06/16/2020 11:19:54 | Tushy | 06/14/2020 | 06/25/2020 | PA0002255507 |
| 2 | Info Hash: 2462D72E61447ADFD2B93E76D9081D62F831E253<br>File Hash: B93BE94C1D9B31F0D1EF72478CC1428AE6B9229AB808236EA48DA61A02E4514A | 05/28/2020 12:12:20 | Vixen | 05/22/2020 | 06/22/2020 | PA0002245640 |
| 3 | Info Hash: 501F5C2CAD7233BF6E4725AB85BD0E3C6AB03204<br>File Hash: 394742F758F3BC00F2F0BC9AFC4B7F3632CF934FFF18975B49FBF6E42BBC474E | 04/23/2020 12:35:38 | Tushy | 04/19/2020 | 05/05/2020 | PA0002249081 |
| 4 | Info Hash: DD13D320C0879681AFA6F7DD38CCD9A322401B15<br>File Hash: C2C5F23864CB993A3B84F61357D840D411387AA38ED841974D636B320E2CF248 | 03/29/2020 02:01:00 | Blacked | 03/28/2020 | 04/15/2020 | PA0002246108 |
| 5 | Info Hash: 84EF350D9DF6574530CD68AE88276CD479D1CAB3<br>File Hash: B7B6807119A8D58A349F2F7B4474D896AADCD1E9E73FBF99C4EEA842BF1628B4 | 02/27/2020 00:59:00 | Tushy | 02/25/2020 | 04/15/2020 | PA0002245083 |
| 6 | Info Hash: 5BDB88CC053754321CAEA4B05A39407BC845578E<br>File Hash: DE1F8EC3EC978719ABB0F943520568E814376782984321B4923CC1CBA7C94749 | 02/26/2020 02:23:32 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 7 | Info Hash: 7D7C8F9388BB672616AE4776724BD944771BFC3B<br>File Hash: D8A29BDFAAA4AA9A9B54FE96761793BC0C8E85458C49BB044CBC17A6D7A832E0 | 02/22/2020 05:24:24 | Vixen | 02/18/2020 | 03/18/2020 | PA0002241449 |
| 8 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 02/16/2020 15:10:11 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 6994C08B941B555C03A00C15917B31E6A506170A<br>File Hash: EAB4225338778C990F50515DEB45C295E0ED058F2390E004E480E8E284ADF548 | 02/11/2020 01:23:55 | Tushy | 02/10/2020 | 03/15/2020 | PA0002240548 |
| 10 | Info Hash: 5813C8DA3C44C8312756155D5B456A18A446F0E4<br>File Hash: 3EF738060062CF1C20952B9965F88FB574D7D482E0B61CE751FE9203C8184160 | 02/01/2020 18:44:26 | Tushy | 01/31/2020 | 03/15/2020 | PA0002240443 |
| 11 | Info Hash: 093FF3C313504ED32913B9D8DACBB6EE2E888959<br>File Hash: DBB3A1ECDC30D2E12E9E548DFDACC26F3552C761C387C14986872EB72DC07517 | 01/28/2020 01:30:48 | Blacked Raw | 01/27/2020 | 03/15/2020 | PA0002240550 |
| 12 | Info Hash: F5E3FB375530A6C1B0CE2DBE4FC2D6A007BE6260<br>File Hash: CAAAE092367BEF637A8D91E4C469594AED615950E29018B784AD7C441E5FF8F1 | 01/26/2020 22:04:41 | Tushy | 01/26/2020 | 02/20/2020 | PA0002237626 |
| 13 | Info Hash: 23C388D3240653681F962910C68DC6BDE0D4777A<br>File Hash: 6A406B895FB41CA502D4D50EF13223FD8D927292F48E1DBD9AA8E813A921B45F | 01/26/2020 14:40:11 | Blacked | 01/25/2020 | 02/20/2020 | PA0002229054 |
| 14 | Info Hash: E31F60BD5E91795F03011BF84A5C2B31E50C58B4<br>File Hash: 1F6E832562C625E9D1B7FCA3ADCD184EF958B9197E517F69D09FCBF8ACE88CEE | 01/25/2020 18:17:38 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 15 | Info Hash: D6B4E39D871608E630694B3946509702DC8BE152<br>File Hash: D880816A241A0427A463AC5E0F489211B0A594AA0FA4F9A8510659DA093683F3 | 01/19/2020 22:20:42 | Vixen | 01/19/2020 | 02/20/2020 | PA0002237691 |
| 16 | Info Hash: 8F83F6344A0A539C95C426D9DF3CEDA524D26BA6<br>File Hash: 4CA8122218B2A93939DD20A2FE03EFE5C07FBA56D9E990E32C8BD213E7F58AE0 | 01/17/2020 06:10:48 | Tushy | 01/16/2020 | 02/20/2020 | PA0002237625 |
| 17 | Info Hash: 256BAF077E8BB6890FCFBFD0AAEC1F8FC1015E96<br>File Hash: F7CBC964E129F43C96493AABC0E37138F5FFD14C5E6B35DC506E39224493481A | 01/15/2020 23:19:40 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B<br>File Hash: 7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259 | 11/18/2019 19:16:02 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |
| 19 | Info Hash: 40E925659CF6B20B4D31B87545746E188C79E28E<br>File Hash: 4A666277F1867A6F8D40F77CC391293CE7A8D3E9972A6FC0B15E5D0720FB6354 | 11/16/2019 14:22:53 | Vixen | 11/15/2019 | 12/03/2019 | PA0002232048 |
| 20 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 11/16/2019 14:14:05 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 21 | Info Hash: 9CED871B3751A3B538A20DB265EBDFF8329EDC22<br>File Hash: AAC8C4DFCD4077BE87A12502F7541B94C7A9D0028BEA14D483ADE7D0E3C7A272 | 11/07/2019 06:49:09 | Blacked | 11/06/2019 | 11/15/2019 | PA0002211857 |
| 22 | Info Hash: C0DF419D29F64D36DD73B47799D2DFE0F93309DC<br>File Hash: 1B9E97408C9467FE0DDBC164B88F93BDC4D4E83470DA93AAAB786D74CA75F93B | 10/29/2019 08:02:09 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |
| 23 | Info Hash: 119DC446BEBFEDD1A5069582FD23FE358C78F4F9<br>File Hash: 6555638278B9C75C49758E027A7AC0526022AC6D42C649E714356018AE21AA08 | 10/06/2019 16:08:08 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 24 | Info Hash: CB80174B45DA0F1FC8A4D50AE8EE9B2969BE20E8<br>File Hash: 3D73B354345D90872E08995ABB7BCEF27BB2190026504F2D05D3086DD1B526E3 | 10/04/2019 04:02:33 | Tushy | 10/03/2019 | 10/21/2019 | PA0002207743 |
| 25 | Info Hash: 59C7C0856832FC39795D8ECAEE7C3B08A1B2A61A<br>File Hash: 0AD0CF56E8E320828D26D9D43538F4EDAA02E0656180FAE12E8B1201AE5BD0F0 | 08/29/2019 20:50:17 | Tushy | 08/29/2019 | 09/17/2019 | PA0002216128 |
| 26 | Info Hash: 80F9044259AD9C63843A25A73CAFD64ACB18CEA3<br>File Hash: 7AF35A486BD4F38E68DDCC2D855416D10A1DCD53AEF0690FD3B4DC23A707A72C | 08/29/2019 04:57:12 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 2A91636F68C407FEE837629631C4C278682490BD<br>File Hash: 699DA3A5BB79492080C653FBAFCB5F7440E6B80774D0C0D3CCC90C71BA753AA4 | 07/30/2019 18:56:02 | Tushy | 07/30/2019 | 08/22/2019 | PA0002195506 |
| 28 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 07/26/2019 00:28:14 | Tushy | 07/25/2019 | 08/22/2019 | PA0002195515 |
| 29 | Info Hash: 858E9CF901549CB0334FDC47B9A26C33E4E2D3F8<br>File Hash: 0363AA2052AE673D5BE8F171F6844AF632AD92CC593E8D60C24D4922574ECEB0 | 07/22/2019 20:58:03 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 30 | Info Hash: 873FD37DAAC0E7EEB96A298B0A0952436A863B9C<br>File Hash: 2B13A4DE15F279BFA71DF35195FB2022B83807CA79322E8760B5E40691FC0760 | 07/20/2019 20:25:37 | Tushy | 07/20/2019 | 08/26/2019 | PA0002213244 |
| 31 | Info Hash: FA8CFDC23C30A341A388129358B1A2E17CAD6A65<br>File Hash: E92EF1A9022C2E739F78F58C4BC60E2755509D7F70C0A82CE9889C1CB4679E9D | 07/20/2019 19:20:55 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 32 | Info Hash: E95B24EE3BF16B4E56DEDFE3C497C4E74D778C22<br>File Hash: AF44FDF25B057E069AE91D32C86F2EFD85C96C436AE5F143565D22305B1116BA | 07/04/2019 05:37:30 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 33 | Info Hash: 1F4C2BCBCBB46083E6779288B354F872B60A890A<br>File Hash: DE2429610ED84FCEA631AEB8AA814F737A345A4641A199FA9570E3F9B4CC7377 | 07/04/2019 05:11:40 | Tushy | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 34 | Info Hash: E993333151A29DEC69D5CB23E19F02FB7E741A8B<br>File Hash: 18CF80B25E76A6F1EC830E6E3A7E78490B2DCB569A37EA3E07D848E92B50A3E3 | 06/29/2019 13:28:05 | Tushy | 06/20/2019 | 08/27/2019 | PA0002213262 |
| 35 | Info Hash: F71A717BFB8E7B57BFBCA68641D944F5256D90CA<br>File Hash: F3C363AF1E50CFB381CC204A899C7B213BAA64B3E09BA30208F57D43BF52C827 | 06/29/2019 13:24:55 | Tushy | 06/25/2019 | 08/27/2019 | PA0002213234 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 16AD1279FD954BD4B7E9C35CA7DDAAB8121D1367<br>File Hash: E2CCF20650355B75C8820708653085568D49A2B51CE4DA606BFA86A00E1AE181 | 05/25/2019 14:03:20 | Tushy | 12/07/2018 | 01/22/2019 | PA0002149849 |
| 37 | Info Hash: DF6333C472F6AAE996CB12569039C75321A2337C<br>File Hash: A1394108B02D3AE8C59D4738C2E02373186804E758B9417E6117781A3EF27D22 | 05/22/2019 04:17:20 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |
| 38 | Info Hash: FE4B6DA1584E83EED1723B2017995376C6032C0F<br>File Hash: A8DC606D3C126B0F11EAE89030B14E3119CD9878DEC9410C9E5FB35F8B0CE4FA | 05/19/2019 14:52:08 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 39 | Info Hash: B384319D96C6E320A6A5A1D78837861B3C9F02DC<br>File Hash: 02E1370337FB1A1682CDB9CA86F825A4FDF53CD4F9917E8384746B894E3B9E81 | 05/04/2019 15:46:59 | Tushy | 05/01/2019 | 07/05/2019 | PA0002206375 |
| 40 | Info Hash: 52326B4EA191B7D6830DF1F611939B9E64CC3722<br>File Hash: 2FD586D8D4834490E7A7E5E87786872FAB9995B981C78EB30DA5C3ACB75F4208 | 04/25/2019 04:43:04 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |
| 41 | Info Hash: 67435B1F99D152A5A896866107B98B1FF56D46EC<br>File Hash: 38C167764D0ED1BCC1B147DA7F842CCEDE5E19F1A246439F00DB81E176AF83EE | 04/07/2019 15:07:03 | Tushy | 04/06/2019 | 04/29/2019 | PA0002169945 |
| 42 | Info Hash: D0C5255AFD9000636DE5F8ACB610A30FEB3BFA69<br>File Hash: 88C5475FBF97220CF3266DDD43F82024A58E4E0F7E17712884A132A2F32A290E | 04/04/2019 00:48:34 | Tushy | 04/01/2019 | 05/11/2019 | PA0002173888 |
| 43 | Info Hash: C447E88DB6633AD181C321B585FB72CE5730E41A<br>File Hash: 97FA4192C7CC067E0D1A5305CF0B3B5A52F11790F355F500AD16237B361C45B2 | 03/31/2019 14:15:00 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 44 | Info Hash: 208A6842B55FE97AE72A7D168968CF723C7DC6F7<br>File Hash: 38E81311026208BC280B439229AA8E818209D667786B64E5D95FD7FE68766F78 | 03/27/2019 15:16:39 | Tushy | 09/08/2018 | 10/16/2018 | PA0002127788 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: E695BBEA61A42122EB53316C31878461C3324C0C<br>File Hash: 01349FF0E2DB488145748379B612FB871DF01727B052F75DD5ACA4AB94F29B03 | 03/27/2019 15:14:54 | Tushy | 10/28/2018 | 12/10/2018 | PA0002145831 |
| 46 | Info Hash: 2576C73FCD16A2BDC9675221DA0B37F983BF2064<br>File Hash: 776BD10C5C3C670C3252D3D199831BFD79A96E2E07899CD4064320861F3D506D | 03/08/2019 06:17:22 | Tushy | 03/07/2019 | 03/31/2019 | PA0002163981 |
| 47 | Info Hash: 726FC9C9F152D8DDA5E05D86543CB4B0CE03E712<br>File Hash: 6131B13EBE8A70947BE96E4EB009CE62B848B5B308ECF0C84C5F0413154F2D10 | 03/02/2019 15:06:07 | Tushy | 02/25/2019 | 04/17/2019 | PA0002187005 |
| 48 | Info Hash: 7C8758690E3BB2F2D03A741B58A27C525B8699BA<br>File Hash: 151534E5F55D5BF44399297CB4C8134F890740DD54D3AACD279DF4EE37FE54C0 | 02/20/2019 21:28:30 | Tushy | 02/20/2019 | 04/29/2019 | PA0002170363 |